Between April, 1895, when the said agreement to marry was entered into, and April, 1898, when the assignment of the fund was actually made, the defendant Reilly, who was still under the age of twenty-one years, had incurred obligations to the plaintiff and the defendant Carpenter, and which the said Reilly had no means to pay except from the said fund in said trust company. The defendant Larkin had no knowledge of the defendant Reilly's indebtedness at the time she received and accepted the assignment of said fund.

Under these circumstances, did the defendant Larkin, by the said assignment, acquire a valid title to said fund as against said creditors, they having subsequent to said assignment obtained judgments against Reilly upon their said claims.

*Nelson Smith* and *Peter B. Vermilya* for appellants.

*Hugo Hirsh*, *W. C. B. Thornton* and *George V. Brower* for respondents.

Judgment affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, LANDON, CULLEN and WERNER, JJ.

---

In the Matter of the Application of CORNELIUS L. HAINES, Respondent, to Enforce a Lien against the Canal Boat "ROBERT W. PARSONS."

CLARA PERRY, Appellant.

*Matter of Haines*, 57 App. Div. 636, affirmed.
(Argued June 4, 1901; decided July 10, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 11, 1901, affirming a final order of Special Term in a proceeding under sections 3419 *et seq.* of the Code of Civil Procedure to enforce a lien against the canal boat Robert W. Parsons.

*Martin Clark* for appellant.

*George F. Thompson* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, LANDON, CULLEN and WERNER, JJ.

---

T. ELLETT HODGSKIN, as Assignee for the Benefit of Creditors of THE ROGERS MANUFACTURING COMPANY, Respondent, *v.* CHARLES E. PELL et al., Appellants.

*Rogers* v. *Pell,* 47 App. Div. 240, affirmed.
(Argued June 10, 1901; decided July 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 13, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Henry G. Atwater, Thaddeson D. Kenneson* and *Andrew Shiland* for appellants.

*John Larkin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ.

---

MARCUS P. MASON, Respondent, *v.* AMASA CORBIN, JR., Appellant.

*Mason* v. *Corbin,* 41 App. Div. 617, affirmed.
(Argued June 10, 1901; decided July 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May